UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY P.,<br><br>         Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>         Defendant. | Case No.: 22-cv-0113-DEB<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**[DKT. NO. 2]** |

  Before the Court is Plaintiff Billy P.'s Application to Proceed with his Complaint *in forma pauperis*. Dkt. No. 2. For the reasons set forth below, the Court denies the Application.

  All parties instituting a civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a $400 filing fee. *See* 28 U.S.C. § 1914(a). A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his assets, showing he is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981). An affidavit is sufficient if it shows the applicant cannot pay the fee "and still be able to provide himself

and dependents with the necessities of life." *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 203 (1993) (internal quotations omitted).

Here, Plaintiff's application states he and his spouse receive a combined monthly income of $6,400 from veteran's benefits. Dkt. No. 2 at 1–2. He also reports checking accounts and cash at hand amounting to $319 and a 1961 Mercury Comet valued at $5000. *Id*. Although Plaintiff claims his monthly expenses average $6350, "the Court [is] hard pressed to find someone receiving more than $5,000 a month in income should be allowed to proceed at public expense." *See Boudreaux v. Saul*, No. 20-cv-274-BGS, 2020 U.S. Dist. LEXIS 64283, at *2 (S.D. Cal. Apr. 10, 2020). The Court, therefore, **DENIES** Plaintiff's Application to proceed *in forma pauperis*.

Plaintiff must pay the requisite filing fee on or before **March 7, 2022**, or his case may be dismissed.

**IT IS SO ORDERED**.

Dated:  February 7, 2022

_____
Honorable Daniel E. Butcher
United States Magistrate Judge